109 A.3d 669

IN THE MATTER OF ARNOLD M. ABRAMOWITZ, AN ATTORNEY AT LAW (ATTORNEY NO. 027231976).

March 12, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–150, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ARNOLD M. ABRAMOWITZ** of **IRVINGTON,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of one year for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ARNOLD M. ABRAMOWITZ** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective April 13, 2015; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance;  (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c);  and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.